**MILLER HARNESS COMPANY, Inc.,**
Appellant,

v.

**H. EISER, INC.**

No. 15201.

United States Court of Appeals
Third Circuit.

Argued June 11, 1965.

Decided June 22, 1965.

Bernard Jaffe, Axelrod & Jaffe, New York City (Stavis, Richardson, Koenigsberg & Rossmoore, Newark, N. J., and Axelrod & Jaffe, New York City, on the brief), for appellant.

Harry Sommers, Newark, N. J., for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

We cannot say on the present record that the District Court's denial of a preliminary injunction constituted an abuse of discretion. At the same time we are of the view that the interest of justice will be served by as prompt a final hearing of this case as circumstances will permit.

The Order of the District Court will be affirmed.

**STATE OF NEW JERSEY ex rel. Mario J. DeLUCIA, Appellant,**

v.

**Howard A. YEAGER, Warden, New Jersey State Prison.**

No. 15200.

United States Court of Appeals
Third Circuit.

Argued June 11, 1965.

Decided June 28, 1965.

Joseph Lurie, Gerber & Galfand, Philadelphia, Pa., for appellant.

Vincent Panaro, Mercer County Prosecutor, John J. Barry, Asst. Prosecutor, Trenton, N. J., for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court, entered December 7, 1964, will be affirmed.

**Simon Gerberich STEIN, Individually, and Simon Gerberich Stein, Executor of the Estate of Jessie W. Stein, Deceased, Appellants,**

v.

**UNITED STATES of America,**
Appellee.

No. 17919.

United States Court of Appeals
Eighth Circuit.

June 29, 1965.

Robert C. Tilden, William P. Ellwood, Cedar Rapids, Iowa, for appellants.

Martin T. Goldblum, Atty., Tax Div., Dept. of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Tax Div., Dept. of Justice, Lee A. Jackson, and Richard J. Heiman, Attys., Dept. of Justice, Washington, D. C., and Donald A. Wine, U. S. Atty., Des Moines, Iowa, for appellee.

Before VOGEL, MATTHES and RIDGE, Circuit Judges.

PER CURIAM.

In his findings of fact and conclusions of law as published in Stein v. United States, D.C.S.D.Iowa, 1964, 240 F.Supp. 818, Chief Judge Stephenson clearly and cogently demonstrates the correctness of the Commissioner's denial of the taxpayer's claim for refund herein. Being completely in accord with Judge Stephenson's findings and conclusions, we affirm on the basis thereof.

Affirmed.